IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

**JOSE ANGEL VAZQUEZ ROBLEDO**

CASE NO. **14-01696-EAG**

**DEBTOR** Chapter 13

## MOTION TO SET ASIDE ORDER OF DISMISSAL

**TO THE HONORABLE COURT**:

**COME NOW**, debtor **JOSE ANGEL VAZQUEZ ROBLEDO**, through the undersigned attorney and respectfully aver and pray:

1. That debtor Jose Luis Cruz Perez filed a Chapter 13, dated March 4, 2014.

2. The Court entered an Order Dismissing the present case June 28, 2019, stating the failure to provide state tax copies (DK-38).

3. In this case the debtor has completed it's confirmed plan.

4. The debtor had no intention of failing to comply with the trustee request for the copies of the tax returns. The debtor has submitted copies of the tax returns to the trustee on June 21, 2019.

5. The debtor intention is to finish the case as this is the only matter pending to received the discharge order.

6. The debtor and trustee have an agreement that debtor will pay the amount of $455.00 for the tax refunds received in the past.

7. The trustee has received the funds stated above.

8. Therefore the debtor request to this court to reconsider the order dismissing the case and

set a side the order, so the debtor can have a discharge and a fresh start.

**(21 DAYS) NOTICE: The trustee, creditors and parties in interest are hereby notified that unless a written objection is filed with the court within the next 21 days the court will grant this motion without further hearing on the matter.**

**WHEREFORE**, the debtor most respectfully request from the honorable Court that the dismissal be set aside .

**Certificate of Service**: I hereby certify that on this date, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the Chapter 13 Trustee, Jose Carrion, to all CM/ECF participants, and to all creditors as per the attached mailing list
.

In Yauco, Puerto Rico this 7 day of February, 2020

*/s/ Nydia Gonzalez Ortiz*
NYDIA GONZALEZ ORTIZ, ESQ
USDC-PR 124006
Attorney for Debtor
SANTIAGO & GONZALEZ LAW OFFICE
11 Betances Street
Yauco, Puerto Rico 00698
Phone (787) 267-2205/2252
Bufetesg@gmail.com

14-01696-EAG13 JOSE ANGEL VAZQUEZ ROBLEDO

Case type: bk Chapter: 13 Asset: Yes Vol: v US BANKRUPTCY JUDGE: EDWARD A GODOY

Date filed: 03/04/2014 Date of last filing: 06/30/2019 Plan confirmed: 08/11/2014

Debtor dismissed: 06/28/2019

Creditors

BANCO POPULAR DE PUERTO RICO
BANKRUPTCY DEPARTMENT
PO BOX 366818
SAN JUAN PR 00936-6818(3904298)

(cr)

COLLECTION AND MANAGEMENT ASSISTANCE INC
239 ARTERIAL HOSTOS AVE. SUITE 1102
SAN JUAN, PR 00918-1477(3886630)

(cr)

LTD FINANCIAL SERVICES LIMITED PARTNERSHIP
7322 SOUTHWEST FREEWAY SUITE 1600
HOUSTON, TX 77074-2053(3886631)

(cr)

Midland Funding LLC
by American InfoSource LP as agent
ATTN: Department 1
PO Box 4457
Houston, TX 77210-4457(3959390)

(cr)

OPERATING PARTNERS CO. INC.
PO BOX 194499
SAN JUAN, PR 00919-4499(3886632)

(cr)

ORIENTAL BANK

PO BOX 364735

SAN JUAN, PR 00936-4745(3886633)

(cr)

PR ACQUISITIONS LLC

PO BOX 194499

SAN JUAN PR 00919-4499(3887633)

(cr)

RICARDO A COLON RIOS ESQ

HEAD LEGAL AND REGULATORY DEPARTMENT

SCOTIABANK DE PUERTO RICO

PO BOX 362230

SAN JUAN PR 00936-2230(4239445)

(cr)

RIVERA- MUNICH, ELIZA & HERNANDEZ

LAW OFFICES, P.S.C

PO BOX 364908

SAN JUAN, PR 00936-4908(3886634)

(cr)

RODRIGUEZ- CARDE LAW OFFICES, PSC

PO BOX 365061

SAN JUAN, PR 00936-5061(3886635)

(cr)

SCOTIABANK

RG PLAZA 208 AVE JESUS T PINERO

SAN JUAN, PR 00917(3886636)

(cr)

SCOTIABANK DE PUERTO RICO

ISMAEL H. HERRERO III, ESQ

P O BOX 362159

SAN JUAN PR 00936-2159